# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ALISON FRIEND,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:25-cv-00221

**FILED UNDER SEAL**

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | lipengfei112255 |
| 2 | putianshixiuyuqujiaolifengmaoyiyouxiangongsi |
| 3 | TTTL Store |
| 4 | Come out of the shopping cart quickly |
| 5 | 福州市仓山区城门镇郑琳艳综合零售超市 |
| 6 | MNTVQC888 |
| 7 | zhangyuting1212 |
| 8 | wuhanshiyanyitaobaihuoshanghang |
| 9 | helokitet |
| 10 | guo miao |
| 11 | TUAN CUONG SHOP 9995 |
| 12 | chenlinghan |
| 13 | liuchunsheng123 |
| 14 | linzhinannan1212 |
| 15 | Zorro Poster |
| 16 | ZHM4455 |
| 17 | THANH TÙNG 2004 |
| 18 | duytungnadon |
| 19 | Anime Wall 200 |
| 20 | zhi wen Master the poster |
| 21 | VA StoreKIX |
| 22 | putianshilichengqudaikaixuanmaoyiyouxiangongsi |
| 23 | matengteng2024 |
| 24 | helinlin12345 |
| 25 | VA Storemen |

1

| 26 | toutingbaby666 |
|---|---|
| 27 | chenliang2024 |
| 28 | ZHANGJUJUE |
| 29 | Xianyou Diechong Trading Co., Ltd. |
| 30 | HUIQING1 |
| 31 | wuyiting |
| 32 | wuyitian2024 |
| 33 | huang888 |
| 34 | ganlicheng1212 |
| 35 | Yaluo Xu |
| 36 | jinchengjiangchangshangmaoyouxiangongsi |
| 37 | huangfoping |
| 38 | qingchiaa |
| 39 | Shuhong Yang |
| 40 | chenhuanhuan352 |
| 41 | liuyongxiong2024 |
| 42 | yanyan1212 |
| 43 | jiangyuxiang2024 |
| 44 | liuyanjiang112233 |
| 45 | LINWEILI |
| 46 | youyichangshiquanzoutengshangmaoyouxiangongsi |
| 47 | jiaxinyimaoyiyouxiangongsi |
| 48 | dinglili66 |
| 49 | wulinglong |
| 50 | LFONDSA |
| 51 | YXTTWS1 |
| 52 | liaozibin |
| 53 | 肖春尾店铺 |
| 54 | weixiaotingbaby |
| 55 | lwl123 |
| 56 | libiaogongsi |
| 57 | HTTT Store |
| 58 | fanmangengmaoyiyouxiangongsi888 |
| 59 | AAScseq |
| 60 | alidemenggongchang |
| 61 | zhengjianwei8989 |
| 62 | GJART |
| 63 | WWWANGYIYI |
| 64 | ZHOUZHOUJIEJIE |
| 65 | linyuchen2024 |
| 66 | putianxianyoujiagumaoyiahao |

| | |
|---|---|
| 67 | zhaocongcong2020 |
| 68 | xiejianfeng2024 |
| 69 | liantianwang668 |
| 70 | zhengshaobin |
| 71 | changzhishiyuzhishangmaoyouxiangongsi |
| 72 | yichangshihuaizanshangmaoyouxiangongsi |
| 73 | Long dreams |
| 74 | putianlichenglvchanghemaoyiyouxiangongsi |
| 75 | wuzhonghua2024 |
| 76 | zhijiangshishuimubaihuodian |
| 77 | sudihong2024 |
| 78 | dtajdgashgda |
| 79 | xuxuemei123 |
| 80 | wubin6668 |
| 81 | putianshixiuyuquliqingfengmaoyiyouxiangongsi |
| 82 | Ruan Down Poster |
| 83 | linyulong123 |
| 84 | penghehuo |
| 85 | Familiar poster |
| 86 | Buddhist Serenity Gifts |
| 87 | SHISHUAIJIAJUDIAN |
| 88 | lizhiming888 |
| 89 | zhijiangshixiangmobaihuodian |
| 90 | zhengkailong1212 |
| 91 | zhangjun01 |
| 92 | Wei Li6 |
| 93 | YIXINLIN66 |
| 94 | guangzhouminbenshangmaoshanghanggerenduzi |
| 95 | wangweichuandedianpu |
| 96 | wangkang888 |
| 97 | xianyouyoushimeimaoyiyouxiangongsi |
| 98 | xianyouchenghuiyuemaoyiyouxiangongsi |
| 99 | liuyanli123 |
| 100 | xianyoujinglixuanmaoyiyouxiangongsi |
| 101 | ZhengKangLong |
| 102 | 10CHC |
| 103 | guojinlian Art |
| 104 | chen ling Village poster |
| 105 | Fishion part US |
| 106 | Lideqiang |
| 107 | tuxianhao2024 |

3

| 108 | putianchengxiangshenbichengmaoyiyouxiangongsi |
| 109 | wenguoping123 |
| 110 | Huanghongxin1 |
| 111 | YONGFEIFEI |
| 112 | yichangshiwujiagangqushaoranbaihuodian |
| 113 | linzhiguidegongyipindian |
| 114 | jinchengshirenyukejiyouxiangongsi |
| 115 | ZhangHui Poster |
| 116 | LINCHANGWEI1 |
| 117 | yuhudianzishangwuyouxiangongsi |
| 118 | wangxiuhongxiaodian |
| 119 | putianshixianyouxianwweihao |
| 120 | zhihua poster |
| 121 | wangxiahui835 |
| 122 | xianyouchengtanxumaoyiyouxiangongsi |
| 123 | guangdongguangzhoubinyangshangmaoyouxiangongsi |
| 124 | putianlichenghuichenyunmaoyiyouxiangongsi |
| 125 | qingyong666 |
| 126 | xuchengqian |
| 127 | dengyutao2024 |
| 128 | linbi123 |
| 129 | wudan98 |
| 130 | wullllfff |
| 131 | guojianhuafuzhuangshanghang |
| 132 | linnvxian |
| 133 | xianyouluoguimaoyiyouxiangongsi |
| 134 | zhengyijie5566 |
| 135 | linhuiling2024 |
| 136 | wulili666 |
| 137 | Pingjun5 |
| 138 | CHENHANXING |
| 139 | WanYouMaoYi |